United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 28, 2015
Docket #: 15-2916cv
Short Title: Tiffany and Company v. Costco Wholesale Corporation

DC Docket #: 13-cv-1041
DC Court: SDNY (NEW YORK CITY)
DC Judge: Swain

# NOTICE OF MOTION PLACED ON THE CALENDAR

The motions for dismissal of appeal, and for expedited briefing and argument of this appeal, filed in the above-referenced case have been added as submitted cases to the substantive motions calendar for Tuesday, November 10, 2015.

Inquiries regarding this case may be directed to 212-857-8595 .